UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROGER EDWARD PICARD, | ) | 1:18-CR-00057-LEW |
| | ) | |
| Defendant | ) | |

**ORDER ON RULE 35 MOTION**

The matter is before the Court on Defendant's Motion to Resentence Pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure (ECF No. 86). Because the Court is without jurisdiction to resentence under the Rule at this time, *see United States v. Gonzalez-Rodriguez*, 777 F.3d 37, 42 (1st Cir. 2015), the Motion is DENIED.

**SO ORDERED.**

**Dated this 26th day of January, 2021.**

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE